THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., | CASE NO. C19-2030-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SVENHARD'S SWEDISH BAKERY, a California corporation, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's notice of bankruptcy stay with respect to Defendant (Dkt. No. 6). On December 19, 2019, Defendant filed a petition under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of California. (*Id.* at 1.) As a result, this matter is subject to an automatic stay under 11 U.S.C. § 362(a). Accordingly, this case is hereby STAYED pending the resolution of Defendant's bankruptcy proceedings. The parties are ORDERED to notify the Court within 14 days of the resolution of the bankruptcy proceeding.

//

//

MINUTE ORDER
C19-2030-JCC
PAGE - 1

DATED this 11th day of March 2020.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk