THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., | CASE NO. C19-2030-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SVENHARD'S SWEDISH BAKERY, a California corporation, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. On March 11, 2020, the Court issued an order staying the case in accordance with 11 U.S.C. § 362(a) (Dkt. No. 7). The court seeks an update on the status of Defendant's Chapter 11 proceeding. Accordingly, Plaintiff is ORDERED to provide the Court with a status report within 14 days of this order.

DATED this 11th day of March 2020.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER
C19-2030-JCC
PAGE - 1