THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., | CASE NO. C19-2030-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SVENHARD'S SWEDISH BAKERY, a California corporation, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. On March 11, 2020, the Court issued an order staying the case in accordance with 11 U.S.C. § 362(a) (Dkt. No. 7). On December 8, 2020, the Court sought an update from Plaintiff on the status of Defendant's Chapter 11 proceeding (Dkt. No. 9). Plaintiff did not respond to this order. Accordingly, the Court ORDERS Plaintiff to show cause within fourteen (14) days of the date of this order why this matter should not be dismissed without prejudice.

//
//
//

MINUTE ORDER
C19-2030-JCC
PAGE - 1

DATED this 3rd day of August 2021.

    Ravi Subramanian
    Clerk of Court

    s/Sandra Rawski
    Deputy Clerk